# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESTEVAN RAMIREZ, | Case No. LA CV 19-05038-VBF-AS |
| Petitioner, | **ORDER** |
| v. | Dismissing the Action Without Prejudice |
| PATRICK COVELLO, | Directing Entry of Separate Judgment |
| Respondent. | Terminating & Closing the Case (JS-6) |

On June 10, 2019, Estevan Ramirez ("Petitioner"), a California state prisoner proceeding pro se, filed a motion for an extension of time to file a petition for writ of habeas corpus. (Doc. 1). Petitioner asserts that he is entitled to equitable tolling for various reasons. (See Motion at 1-3 and attached exhibits).

A statutory petition for a writ of habeas corpus pursuant to section 2254 can be filed only by a person who is in state custody and contends that such custody is in violation of the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 2254©. Petitioner fails to assert any specific claims, much less any claims which

challenge the lawfulness of his conviction or his sentence (i.e., claims that go to the fact or duration of his confinement). *See Preiser v. Rodriguez*, 411 U.S. 475, 489, 93 S. Ct. 1827 (1973).

Since petitioner does not state a cognizable claim for relief under 28 U.S.C. § 2254, and indeed does not even state any claims that sound in habeas, the Court will dismiss his action. The dismissal will be without prejudice to any right that he may have to file timely, exhausted, cognizable claims for habeas corpus relief in federal court (pursuant to 28 U.S.C. § 2441, 28 U.S.C. § 2554, or otherwise).

## **ORDER**

**The purported habeas corpus petition is dismissed without prejudice.**

Judgment consistent with this Order will be entered as a separate document as required by Fed. R. Civ. P. 58(a).

This case shall be terminated (JS-6) and closed.

IT IS SO ORDERED.

Dated: September 4, 2019

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE