UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ESTEVAN RAMIREZ,** | No. LA CV 19-05038-VBF-AS |
| Petitioner, | **JUDGMENT** |
| v. | |
| PATRICK COVELLO (Warden), | |
| Respondent. | |

**It is hereby adjudged that this action is dismissed without prejudice.**

Dated: September 5, 2019

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge